# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| Nathan Cowan_____ | MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| PLAINTIFF(S), | |
| v. | Civil Action No.: 3:23-cv-05916-MCR-HTC |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, | |
| DEFENDANTS. | |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 17_____, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I.    DEFENDANTS

1.    Plaintiff(s) name(s) the following Defendants in this action:

___X___    3M Company

_____    3M Occupational Safety LLC

_____    Aearo Holding LLC

_____    Aearo Intermediate LLC

_____    Aearo LLC

_____    Aearo Technologies LLC

## II.   PLAINTIFF(S)

2.    Name of Plaintiff:

> Nathan Cowan

3.    Name of spouse of Plaintiff (if applicable to loss of consortium claim):

4.    Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

2

5.    State(s) of residence of Plaintiff(s):

> AZ

## III.   <u>JURISDICTION</u>

6.    Basis for jurisdiction (diversity of citizenship or other):

> Diversity of Citizenship

7.    Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

> USDC, District of Arizona

## IV.   <u>USE OF DUAL-ENDED COMBAT ARMS EARPLUG</u>

8.    Plaintiff used the Dual-Ended Combat Arms Earplug:

___X___    Yes

_____    No

## V.   <u>INJURIES</u>

9.    Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

___X___    Hearing loss

_____    Sequelae to hearing loss

___X___    Other [specify below]

> Tinnitus

3

## VI.    CAUSES OF ACTION

10.    Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

___X___            Count I – Design Defect – Negligence

___X___            Count II – Design Defect – Strict Liability

___X___            Count III – Failure to Warn – Negligence

___X___            Count IV – Failure to Warn – Strict Liability

___X___            Count V – Breach of Express Warranty

___X___            Count VI – Breach of Implied Warranty

___X___            Count VII – Negligent Misrepresentation

___X___            Count VIII – Fraudulent Misrepresentation

___X___            Count IX – Fraudulent Concealment

___X___            Count X – Fraud and Deceit

___X___            Count XI – Gross Negligence

___X___            Count XII – Negligence Per Se

___X___            Count XIII – Consumer Fraud and/or Unfair Trade Practices

_____            Count XIV – Loss of Consortium

___X___            Count XV – Unjust Enrichment

___X___            Count XVI – Punitive Damages

_____   Count XVII – Other [specify below]

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

12. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

13.    Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:



**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: March 15, 2023

/s/ Jon C. Conlin, (asb-7024-j66c)
Ernest Cory, Pro Hac Vice
G. Rick DiGiorgio, Pro Hac Vice
Stephen Hunt, Jr., (asb-3621-n62h)
Hannah Cory, Pro Hac Vice
Hamilton Jordan, Pro Hac Vice
Cory Watson, P.C.
2131 Magnolia Avenue S, Suite 200
Birmingham, AL 35205
Phone: (205) 328-2200
Email: JConlin@CoryWatson.com
        ECory@CoryWatson.com
        RDiGiorgio@CoryWatson.com
        SHunt@CoryWatson.com
        HCory@CoryWatson.com
        HJordan@CoryWatson.com
ATTORNEYS FOR PLAINTIFF

6